# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 03-5281**  September Term, 2003

03cv01731

Quordalis V. Sanders,
Appellant

v.

Troy D. Cahill,
Appellee

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 5/12/04

BY: [signature] Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAR 1 7 2004

CLERK

## ORDER

By order filed January 12, 2004, appellant was directed to show cause by February 27, 2004, why this appeal should not be dismissed for lack of prosecution due to appellant's failure to comply with the court prior orders filed November 6, 2003. To date, the court is not in receipt of appellant's response. Upon consideration of the foregoing, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate herein 45 days from the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]
Scott H. Atchue
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk